USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: ___2/5/2021___

# GOTTLIEB & ASSOCIA
ATTORNEYS

150 E. 18th St., Suite PHR · New York, NY 10003
Tel (212) 228-9795 · Fax (212) 982-6284
NYJG@aol.com

February 4, 2021

**VIA ECF**

The Honorable Analisa Torres
United States District Judge
United States District Court
Southern District of New York
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY 10007

Re:   *Tucker v. Prudent Pet Insurance Agency, LLC,*
      Case No.: 1:20-cv-10304

Dear Judge Torres,

The undersigned represents Henry Tucker, on behalf of himself and all other persons similarly situated ("Plaintiff") in the above referenced matter against Defendant, Prudent Pet Insurance Agency, LLC, ("Defendant"). The undersigned respectfully requests that the Initial Conference scheduled for February 9, 2021 at 10:20 AM (Dkt. 7) be adjourned for 60 days because Counsel for the Defendant has not yet answered or appeared in this action. This request will grant ample time for the Defendant to retain counsel and for Defendant's Counsel to appear and discuss a possible resolution with Plaintiff's Counsel.

Additionally, the undersigned respectfully requests your Honor grant an additional 30 days for the Plaintiff to serve the Defendant. We have been informed by the Process Server that their office has been closed due to COVID-19 and are behind schedule on serving documents. We apologize for the lateness of this request.

GRANTED.  By **March 8, 2021**, Plaintiff shall serve Defendant.  The initial pretrial conference scheduled for February 9, 2021, is ADJOURNED to **April 13, 2021**, at **10:20 a.m.**  By **April 6, 2021**, the parties shall submit their joint letter and proposed case management plan.

SO ORDERED.

Dated: February 5, 2021
      New York, New York

**ANALISA TORRES**
United States District Judge